UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CARY F. ANKERICH                                          CIVIL ACTION

VERSUS                                                    NO. 14-0169

TERRY TERRELL, WARDEN                                     SECTION "F"(5)

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the petition of Cary F. Ankerich for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 16th day of March, 2015.

*[signature]*
**UNITED STATES DISTRICT JUDGE**